Josh Sanford (Ark. Bar No. 2001037)
josh@sanfordlawfirm.com
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
*Admitted Pro Hac Vice*

*Additional Counsel listed on signature page*
*Counsel for Plaintiff and the Proposed Class;*

Laura A. Wolfe (Cal. Bar No 266751)
laura.wolfe@mccormickbarstow.com
MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP
7647 North Fresno Street
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA DAHL, individually and on behalf of all others similarly situated,<br><br>　　Plaintiffs<br><br>　　v.<br><br>BAY POWER, INC., a California Corporation, and DONNA BUTCHER, an individual,<br><br>　　Defendants. | Case No. 4:20-cv-07062-HSG<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br><br>Judge: Haywood S. Gilliam, Jr. |

The purpose of this Joint Notice of Settlement is to apprise the Court that Plaintiff and Defendants have reached a settlement in principle that will resolve all claims asserted by Plaintiff, as well as the claims of the members of the stipulated collective. *See* ECF No. 33. The Parties are in the process of finalizing settlement terms and expect to file a Joint Motion for Approval of Settlement within thirty (30) days from the filing of this Joint Notice of Settlement. The Parties will submit revised versions of the Notice and Consent to Join forms along with their Joint Motion for Approval of Settlement, to account for the settlement reached between the Parties.

Respectfully submitted,

PLAINTIFF DANA DAHL, Individually and on Behalf of All Others Similarly Situated

Quintana Hanafi, LLP
870 Market Street, Suite 819
San Francisco, California 94102
Telephone: (415) 504-3121
Facsimile: (415) 233-8770

*/s/ Ramsey Hanafi*
Ramsey Hanafi
Cal. Bar No. 262515
ramsey@qhplaw.com

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com
*Admitted Pro Hac Vice*

2
JOINT NOTICE OF SETTLEMENT

| | |
|---|---|
| and | BAY POWER, INC. and DONNA BUTCHER, DEFENDANTS |

WAYTE & CARRUTH LLP
7647 North Fresno Street
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

*/s/ Laura A. Wolfe*
Laura A. Wolfe
Cal. Bar No. 266751
laura.wolfe@mccormickbarstow.com

**Attestation Pursuant to Local Rule 5-1(i)(3)**

I hereby attest that all signatories indicated by a conformed signature (/s/) have concurred in the filing of this document.

Dated:  April 19, 2021    */s/ Josh Sanford*
Josh Sanford