Josh Sanford (Ark. Bar No. 2001037)
josh@sanfordlawfirm.com
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
*Admitted Pro Hac Vice*

*Additional Counsel listed on signature page*
*Counsel for Plaintiff and the Class;*

Laura A. Wolfe (Cal. Bar No 266751)
laura.wolfe@mccormickbarstow.com
MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH, LLP
7647 North Fresno Street
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA DAHL, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>BAY POWER, INC., a California Corporation, and DONNA BUTCHER, an individual,<br><br>Defendants. | Case No. 4:20-cv-07062-HSG<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Haywood S. Gilliam, Jr. |

COME NOW Plaintiff Dana Dahl ("Plaintiff") and Defendants Bay Power, Inc., and Donna Butcher (collectively "Defendants"), by and through their undersigned counsel, and for their Joint Stipulation of Dismissal with Prejudice, hereby state as follows:

1. Plaintiff brought this action against Defendants alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq*.

2. The Parties reached an agreement to settle this case, and this Court approved the Parties' settlement agreement in its Order on May 28, 2021, ECF No. 39, in which it also ordered the Parties to provide a stipulated judgment and dismissal.

3. The parties file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows a case to be dismissed by stipulation if signed by all parties who have appeared.

4. The parties hereby stipulate to the dismissal of this action with prejudice.

|   |   |
|---|---|
| | Respectfully submitted, |
| | PLAINTIFF DANA DAHL, Individually and on Behalf of All Others Similarly Situated |
| | QHP Law, LLP<br>870 Market Street, Suite 819<br>San Francisco, California 94102<br>Telephone: (415) 504-3121<br>Facsimile: (415) 233-8770 |
| | */s/ Ramsey Hanafi*<br>Ramsey Hanafi<br>Cal. Bar No. 262515<br>ramsey@qhplaw.com |
| | SANFORD LAW FIRM, PLLC<br>Kirkpatrick Plaza<br>10800 Financial Centre Pkwy, Suite 510<br>Little Rock, Arkansas 72211<br>Telephone: (800) 615-4946<br>Facsimile: (888) 787-2040 |
| | */s/ Josh Sanford*<br>Josh Sanford<br>Ark. Bar No. 2001037<br>josh@sanfordlawfirm.com<br>*Admitted Pro Hac Vice* |
| and | BAY POWER, INC., and DONNA BUTCHER, DEFENDANTS |
| | WAYTE & CARRUTH LLP<br>7647 North Fresno Street<br>Fresno, California 93720<br>Telephone: (559) 433-1300<br>Facsimile: (559) 433-2300 |
| | */s/ Laura A. Wolfe*<br>Laura A. Wolfe<br>Cal. Bar No. 266751<br>laura.wolfe@mccormickbarstow.com |

### Attestation Pursuant to Local Rule 5-1(i)(3)

I hereby attest that all signatories indicated by a conformed signature (/s/) have concurred in the filing of this document.

Dated:  September 14, 2021        */s/ Josh Sanford*
                                 Josh Sanford

3

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE